CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 2 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TOMMY VANDYKE, | ) | CASE NO. 7:12CV00182 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| S.W.V.R.J., ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's motion to amend and his request to file an amended complaint (ECF No. 8 & 12) are **GRANTED**, and the clerk is **DIRECTED** to add to the court's docket defendants Capt. Lockhart, Lt. Patrick, Lt. Kilgore, Carter, and Hall;

2. This civil action under 42 U.S.C. § 1983, as amended, is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim;

3. Plaintiff's other pending motions (ECF Nos. 9, 10, 16, 17, 18, & 19) are **DENIED**; and

4. This action is stricken from the active docket of the court.

ENTER: This 12th day of June, 2012.

*/s/ Glen E. Conrad*
Chief United States District Judge